## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| LONNIE WELSH, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 5:17-cv-83 |
| | § | |
| TEXAS CIVIL COMMITMENT OFFICE, | § | |
| ET AL., | § | |
| Defendants. | § | |

### DEFENDANTS McLANE, GREENWALD, McCRAW, MERCER AND PEREZ'S
### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Defendants Marsha McLane, Chris Greenwald, Scott McCraw, Amanda Mercer and Raymond Perez, through the Office of the Attorney General, file this notice of removal. The Defendants would show the Court as follows:

### I. CONSENT

Defendants have consulted with Defendant Texas Civil Commitment Office (TCCO) and Co-Defendant Correct Care Recovery Solutions. They are not opposed and consent to the removal of this case to federal court.

### II. STATEMENT OF THE CASE

Plaintiffs Lonnie Welsh, William Scott, Freddie Schmidt, Carl Smith, Daniel Bocanegre, Jr., Curtis Adams, Lorne Clark, Alonzo May, Danny Ellis, Robert Conway and Joe Ovalee are civilly committed as a sexually violent predators ("SVPs") pursuant to Texas Health & Safety Code § 841. Each Plaintiff is under the supervision of the State of Texas and the Texas Civil Commitment Office[1] ("TCCO").

---

[1] Before its name change in 2015, TCCO was known as the Office of Violent Sex Offender Management.

In their Second Amended Petition filed with the state court on March 17, 2017, Plaintiffs, proceeding *pro se,* brought claims under 42 U.S.C. § 1983, the Texas Constitution, and other various state law claims. The Plaintiffs specifically raise claims under the Eighth and Fourteenth Amendments, Article I, §§ 13 and 19 of the Texas Constitution, negligence, intentional infliction of emotional distress, and civil and criminal conspiracy. The basis for their complaint is their request for specialized medical attention or care, without paying for their own care. The Plaintiffs seek compensatory and punitive damages, declaratory relief, and prospective injunctive relief.

### III. GROUNDS FOR REMOVAL

The Defendants seek the removal of this action to federal court based on federal question jurisdiction. Plaintiffs are alleging violations under the Eighth and Fourteenth Amendments pursuant to 42 U.S.C. § 1983. This Court has original jurisdiction over these claims pursuant to 28 U.S.C. §1331 and removal is allowed under 28 U.S.C. §1441(b).

### III.

### THE STATE COURT PROCEEDINGS

Plaintiffs originally brought this case in state court: *Lonnie Welsh, et al. v. Texas Civil Commitment Office and Correct Care, LLC*., No. DCV-19493-16, in the 154th Judicial District of Lamb County. Parties to the cause of action are: Plaintiffs Lonnie Welsh, William Scott, Freddie Schmidt, Carl Smith, Daniel Bocanegre, Jr., Curtis Adams, Lorne Clark, Alonzo May, Danny Ellis, Robert Conway and Joe Ovalee, Defendants Texas Civil Commitment Office, Correct Care Recovery Solutions, LLC., and Ken Paxton. Plaintiffs have now served Defendants Marsha McLane, Chris Greenwald, Scott McCraw, Amanda Mercer and Raymond Perez.

Notice of this removal, with attachments, has been filed with the state court.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY MASE**
Division Chief
Law Enforcement Defense Division

*/s/ CELAMAINE CUNNIFF*
**CELAMAINE CUNNIFF**
Assistant Attorney General
Attorney- in-Charge
State Bar No. 05231500

P. O. Box 12548, Capitol Station
Austin, Texas 78711
512.463.2080 / 512.936.2109 (Fax)
Cela.Cunniff@oag.texas.gov

**ATTORNEYS FOR TEXAS CIVIL
COMMITMENT OFFICE, McLANE,
GREENWALD, McCRAW, MERCER, AND
PEREZ**

3

## NOTICE OF ELECTRONIC FILING

I, **CELAMAINE CUNNIFF**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Defendants McLane, Greenwald, McCraw, Mercer and Perez's Notice of Removal** in accordance with the electronic case filing system of the Northern District of Texas, on this the 19th day of April, 2017.

*/s/ CELAMAINE CUNNIFF*
**CELAMAINE CUNNIFF**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CELAMAINE CUNNIFF**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' McLane, Greenwald, McCraw, Mercer and Perez's Notice of Removal** has been served by placing same in the United States Mail on this 19th day of April, 2017, addressed to:

Lonnie Welsh                                    *Via CM/RRR No. 7015 1730 0000 0137 9558*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

William C. Scott                                 *Via CM/RRR No. 7015 1730 0000 0137 9541*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Robert Conway                                   *Via CM/RRR No. 7015 1730 0000 0137 9534*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Freddie Schmidt                                  *Via CM/RRR No. 7015 1730 0000 0137 9527*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Curtis Adams                                     *Via CM/RRR No. 7015 1730 0000 0137 9510*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Daniel Bocanegre, Jr.                            *Via CM/RRR No. 7015 1730 0000 0137 9503*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Carl Smith                                       *Via CM/RRR No. 70151730 0000 0137 9497*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Lorne Clark                                      *Via CM/RRR No. 7015 1730 0000 0137 9480*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Alonzo May                                       *Via CM/RRR No. 7015 1730 0000 0137 9473*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Joe Ovalle                                       *Via CM/RRR No. 7015 1730 0000 0137 9466*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Danny Ellis                                    *Via CM/RRR No. 7015 1730 0000 0137 9459*
Texas Civil Commitment Center
2600 S. Sunset
Littlefield, Texas 79339
*Plaintiff Pro Se*

Tim Flocos                                     *Via email tim@timflocos.com*
BRUSTKERN FLOCOS & ASSOCIATES
1801 Lavaca Street, Ste. 109
Austin, Texas 78701
Attorney for Defendant Correct Care Solutions, LLC.

> */s/ CELAMAINE CUNNIFF*
> **CELAMAINE CUNNIFF**
> Assistant Attorney General