IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, et al. | ) |
| Plaintiffs, | ) )  ) |
| v. | ) ) ) |
| TEXAS CIVIL COMMITMENT OFFICE, et al., | ) ) ) |
| Defendants. | ) Civil Action No. 5:17-CV-083-C |

**JUDGMENT PURSUANT TO RULE 54(b)**

On this date the Court issued an Order terminating several motions and parties in the above-styled and -numbered action. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b).

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiffs Scott, Schmidt, Smith, Bocanegre, Jr., Adams, Clark, May, Ellis, Conway, and Ovalle, are **DISMISSED WITHOUT PREJUDICE** to refiling as individual lawsuits.

IT IS, FURTHER, ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff Welsh against Defendant Texas Civil Commitment Office are **DISMISSED WITH PREJUDICE**.

This judgment shall be a final judgment as to the claims and Defendants named herein, pursuant to Federal Rule of Civil Procedure 54(b).

Dated this 7th day of September, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE