IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**FILED**
**December 07, 2017**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

A True Copy
Certified order issued Dec 07, 2017

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 17-11092

LONNIE KADE WELSH; FREDDIE SCHMIDT; CARL SMITH; DANIEL BOCANEGRE, JR.; CURTIS ADAMS; ALONZO MAY; DANNY ELLIS; ROBERT CONWAY; JOE OVALLE,

    Plaintiffs - Appellants

v.

TEXAS CIVIL COMMITMENT OFFICE; CORRECT CARE SOLUTIONS, L.L.C.; MARSHA MCLANE, Texas Civil Commitment Office Executive Director; CHRIS GREENWALD, Texas Civil Commitment Office Case Manager; SCOTT MCCRAW, Texas Civil Commitment Office Case Manager; AMANDA MERCER, Texas Civil Commitment Office Operations Monitor; RAYMOND PEREZ, Texas Civil Commitment Office Case Manager,

    Defendants - Appellees

---

Appeals from the United States District Court for the
Northern District of Texas

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal of Appellant Lorne Clark is dismissed as of December 7, 2017, for want of prosecution. The appellant failed to timely pay docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Peter A. Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 07, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 17-11092   Lonnie Welsh, et al v. Texas Civil
                   Commitment Office, et al
                   USDC No. 5:17-CV-83

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate as to Appellant Lorne Clark only.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Peter A. Conners, Deputy Clerk
                              504-310-7685

cc w/encl:
    Mr. Curtis Adams
    Mr. Daniel Bocanegre Jr.
    Mr. Lorne Clark
    Mr. Robert Conway
    Ms. Celamaine Cunniff
    Mr. Danny Ellis
    Mr. Timothy J. Flocos
    Mrs. Carol M. Garcia
    Mr. Alonzo May
    Mr. Joe Ovalle
    Mr. Freddie Schmidt
    Mr. Carl Smith
    Mr. Lonnie Kade Welsh

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 17-11092

LONNIE KADE WELSH; FREDDIE SCHMIDT; CARL SMITH; DANIEL BOCANEGRE, JR.; CURTIS ADAMS; ALONZO MAY; DANNY ELLIS; ROBERT CONWAY; JOE OVALLE,

    Plaintiffs - Appellants

v.

TEXAS CIVIL COMMITMENT OFFICE; CORRECT CARE SOLUTIONS, L.L.C.; MARSHA MCLANE, Texas Civil Commitment Office Executive Director; CHRIS GREENWALD, Texas Civil Commitment Office Case Manager; SCOTT MCCRAW, Texas Civil Commitment Office Case Manager; AMANDA MERCER, Texas Civil Commitment Office Operations Monitor; RAYMOND PEREZ, Texas Civil Commitment Office Case Manager,

    Defendants - Appellees