IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEXAS CIVIL COMMITMENT | ) |
| OFFICE, et al., | ) |
| | ) |
| Defendants. | )   Civil Action No. 5:17-CV-083-C |

## JUDGMENT

In accordance with the Court's Order entered on even date addressing Defendant Correct Care Solutions, LLC's Motion to Dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED,

that all claims asserted by Plaintiff Lonnie Kade Welsh against Defendant Correct Care Solutions, LLC are **DISMISSED WITHOUT PREJUDICE**.

Dated this __11__ day of June, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE